Louis M. Shapiro, appellee, v. Robert Edelson, appellant. Gen. No. 37,556.

Opinion filed March 29, 1935.
Edelson & Paullin and George S. Lavin, for appellant; J. Henry Aronson, of counsel. Myer N. Rosengard, for appellee; Seymour Rady, of counsel.
Mr. Presiding Justice Friend delivered the opinion of the court.

Frank Steininger, appellee, v. Beatrice Creamery Company, appellant. Gen. No. 37,619.

Opinion filed March 29, 1935.
W. K. Kidwell, for appellant. Dayton, Lyons & Jacobs, for appellee; Wyatt Jacobs, of counsel.
Mr. Presiding Justice Friend delivered the opinion of the court.

Bessie Cohen, appellee, v. Meyer Pikowski and Bertha Pick, appellants. Gen. No. 37,645.

Opinion filed March 29, 1935.
Joseph A. Huston, for appellants. Esther Melnick and Abraham Teitelbaum, for appellee.
Mr. Presiding Justice Friend delivered the opinion of the court.

Joseph J. Feller, appellee, v. Sterling Casualty Insurance Company, appellant. Gen. No. 37,658.

Opinion filed March 29, 1935.
Lewis D. Ross, for appellant; Roy S. Gaskill, of counsel. Johnson, Pense & Brandell, for appellee; Helmer E. Brandell, of counsel.
Mr. Presiding Justice Friend delivered the opinion of the court.